**ORIGINAL**

# In the United States Court of Federal Claims

**FILED**
AUG - 6 2018
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| MORGAN JOSEPH LANGAN,<br>TRUSTEE FOR THE RE01774199US<br>TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>    Defendant. | No. 18-900C<br><br>Filed August 6, 2018 |

## DISMISSAL ORDER

Plaintiff, *pro se*, Morgan Joseph Langan, commenced this action on June 21, 2018 (docket entry no. 1). On June 27, 2018, the Court issued an Order instructing plaintiff to either pay the Court's $400.00 filing fee or to submit an application to proceed *in forma pauperis*, on or before July 27, 2018 (docket entry no. 4). In the Order, the Court informed plaintiff that, should he fail to either pay the filing fee or submit an application to proceed *in forma pauperis* by July 27, 2018, the Court would treat such failure as a failure to comply with a court order and to prosecute this matter pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims ("RCFC").

On July 16, 2018, plaintiff filed a motion for reconsideration of the Court's Order dated June 27, 2018 (docket entry no. 7). Plaintiff has not, however, paid the Court's filing fee or submitted an application to proceed *in forma pauperis* by July 27, 2018.

And so, in light of the foregoing, the Court:

1. **DISMISSES** the complaint without prejudice, pursuant to RCFC 41(b);

2. **DENIES** as moot plaintiff's motion for reconsideration; and

7017 1450 0000 1346 3349

3. Directs the Clerk's Office to **ENTER** final judgment consistent with this Order.

No costs.

**IT IS SO ORDERED.**

                                                              _____
                                                              LYDIA KAY GRIGGSBY
                                                              Judge